UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE          *       Case No. 18-MC-12235
APPLICATION FOR A SEARCH
WARRANT OF A GRAY 2017        *
MERCEDES BENZ SUV, MODEL
GLC, LOUISIANA LICENSE PLATE  *
897BYX
                      *   *   *

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the Clerk of Court, Eastern District of Louisiana, **UNSEAL** the Search Warrant Application, Affidavit, Attachments, and Search Warrant in the above-captioned matter.

New Orleans, Louisiana, this 14th day of February, 2019.

HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE